**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**James MORRIS, a.k.a. JT,**
**Defendant–Appellant.**

No. 15–11835
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Oct. 30, 2015.

Ellen L. Cohen, Aurora Fagan, U.S. Attorney's Office, West Palm Beach, FL, Wifredo A. Ferrer, Emily M. Smachetti, U.S. Attorney's Office, Miami, FL, for Plaintiff–Appellee.

Michael Caruso, Federal Public Defender, Federal Public Defender's Office, Miami, FL, Fletcher Peacock, Federal Public Defender's Office, Fort Pierce, FL, for Defendant–Appellant.

Before ED CARNES, HULL and MARCUS, Circuit Judges.

PER CURIAM:

Fletcher Peacock, appointed counsel for James Morris in this appeal from the denial of 18 U.S.C. § 3582(c)(2) relief, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and the district court's denial of Morris's § 3582(c)(2) motion to reduce his sentences is **AFFIRMED.**